IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| SERGEI ZUZOVOV, | * |
| Petitioner, | * |
| v. | Case No. 4:25-cv-127 (CDL) |
| | * |
| Attorney General PAM BONDI, *et al.*, | |
| | * |
| Respondents. | |
| | * |

## J U D G M E N T

Pursuant to this Court's Order dated August 29, 2025, having accepted the recommendation of the United States Magistrate Judge, in its entirety, JUDGMENT is hereby entered dismissing this action.

This 2nd day of September 2026.

David W. Bunt, Clerk

s/ Timothy L. Frost, Deputy Clerk